**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| FRANCISCO PADRO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONTINUUM HEALTH ALLIANCE, LLC,<br><br><br>Defendant. | Civil Action No. 1:24-cv-05850-ESK-EAP |
| JENNIFER DRESSEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONTINUUM HEALTH ALLIANCE, LLC,<br><br><br>Defendant. | Civil Action No. 1:24-cv-06176-ESK-EAP |
| JASMINE MHREZ and JACQUELINE MHREZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONTINUUM HEALTH ALLIANCE, LLC,<br><br><br>Defendant. | Civil Action No. 1:24-cv-06301-ESK-EAP |

| | |
|---|---|
| JASON CONNER, as legal guardian of R.C., individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br>   v.<br><br>CONTINUUM HEALTH ALLIANCE, LLC and CONSENSUS MEDICAL GROUP, LLC, d/b/a CONSENSUS HEALTH,<br><br><br>            Defendants. | Civil Action No. 1:24-cv-06861-ESK-EAP |
| THERESA LONGMORE, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br>   v.<br><br>CONTINUUM HEALTH ALLIANCE, LLC and CONSENSUS MEDICAL GROUP LLC,<br><br><br>            Defendants. | Civil Action No. 1:24-cv-06986-ESK-EAP |
| MICHAEL ARONS, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br>   v.<br><br>CONTINUUM HEALTH ALLIANCE, LLC and CONSENSUS MEDICAL GROUP, LLC, d/b/a CONSENSUS HEALTH,<br><br><br>            Defendants. | Civil Action No. 1:24-cv-07013-ESK-EAP |

| | |
|---|---|
| LORETTA WILLIAMS, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br>   v.<br><br>CONTINUUM HEALTH ALLIANCE, LLC and CONSENSUSHEALTH, LLC,<br><br><br><br>          Defendants. | Civil Action No. 1:24-cv-07014-ESK-EAP |
| KIM DIAZ, on behalf of herself and all others similarly situated,<br><br>          Plaintiff,<br>   v.<br><br>CONTINUUM HEALTH ALLIANCE, LLC,<br><br><br><br>          Defendant. | Civil Action No. 1:24-cv-07015-ESK-EAP |
| PATRICIA BELLINO, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br>   v.<br><br>CONTINUUM HEALTH ALLIANCE, LLC,<br><br>          Defendant. | Civil Action No. 1:24-cv-07353-ESK-EAP |

## JOINT STIPULATION

Plaintiffs Loretta Williams, Theresa Longmore, Kim Diaz, Jason Conner, and Michael Arons, and Defendants Continuum Health Alliance, LLC, Consensus Medical Group, LLC and Consensus Health, LLC, hereby stipulate and agree to remand the removed cases to state court, consolidate them for all purposes, and no party shall be deemed to be the prevailing party as to the issue of remand.

Plaintiffs Francisco Padro, Jasmine Mhrez and Jacqueline Mhrez, Jennifer Dressel, and Patricia Bellino, and Defendants Continuum Health Alliance, LLC and Consensus Medical Group, LLC, hereby stipulate and agree to voluntarily dismiss the cases initiated in federal court, to be refiled and consolidated for all purposes in state court.

The Parties hereby stipulate and agree to waive the right to seek "just costs and any actual expenses, including attorneys' fees, incurred as a result of the removal" pursuant to 28 U.S.C. § 1447(c). Plaintiffs do not agree to waive any portion of their counsel's lodestar, costs, and expenses. Defendants reserve their right to contest Plaintiffs' attorney fees, costs, and expenses.

Dated: October 25, 2024

Respectfully submitted,

/s/ *Adam Pollock*
Adam Pollock
**POLLOCK COHEN LLP**
111 Broadway, Suite 1804
New York, NY 10006
(212) 337-5361
adam@pollockcohen.com
Attorney ID # 046202006

Ben Barnow (*pro hac vice*)
Anthony L. Parkhill* (*pro hac vice*)
**BARNOW AND ASSOCIATES, P.C.**
205 West Randolph Street, Ste. 1630
Chicago, IL 60606
Tel: 312.621.2000
Fax: 312.641.5504
b.barnow@barnowlaw.com
aparkhill@barnowlaw.com

*Counsel for Plaintiff Theresa Longmore*

/s/ *Craig J. Mariam*
Ronald A. Giller, Esq.
Craig J. Mariam, Esq. (*pro hac vice*)
Irma Katsman, Esq.
**GORDON REES SCULLY MANSUKHANI, LLP**
290 W Mt. Pleasant Ave, Suite 3310

4

Livingston, NJ 070397932
Telephone: (973) 549-2500
Facsimile: (973) 377-1911
rgiller@grsm.com
cmariam@grsm.com
ikatsman@grsm.com

*Counsel for Defendants Continuum Health Alliance, LLC, Consensus Medical Group, LLC, and Consensus Health, LLC*

/s/ *Kenneth Grunfeld*
Kenneth Grunfeld, Esq.
Jeff Ostrow, Esq. (*pro hac vice*)
Kristen Lake Cardoso, Esq. (*pro hac vice*)
**KOPELOWITZ OSTROW P.A.**
65 Overhill Road
Bala Cynwyd, PA 19004
Telephone: (215) 888-3214
grunfeld@kolawyers.com
ostrow@kolawyers.com
cardoso@kolawyers.com

Gary M. Klinger, Esq. (*pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com

*Counsel for Plaintiff Francisco Padro*

/s/ *Janine L. Pollack*
Janine L. Pollack, Esq.
**GEORGE FELDMAN MCDONALD, PLLC**
745 Fifth Avenue, Suite 500
New York, NY 10151
Telephone: (561) 232-6002
jpollack@4-justice.com

Lori G. Feldman, Esq. (*pro hac vice*)
**GEORGE FELDMAN MCDONALD, PLLC**
102 Half Moon Bay Drive
Croton-on-Hudson, NY 10520

5

Telephone: (561) 232-6002
lfeldman@4-justice.com

David J. George, Esq. (*pro hac vice*)
Brittany L. Sackrin, Esq. (*pro hac vice*)
**GEORGE FELDMAN MCDONALD, PLLC**
9897 Lake Worth Road, Suite 302
Lake Worth, FL 33467
Telephone: (561) 232-6002
dgeorge@4-justice.com
bsackrin@4-justice.com

*Counsel for Plaintiff Jennifer Dressel*


/s/ *Daniel Zemel*
Daniel Zemel, Esq.
**ZEMEL LAW LLC**
400 Sylvan Avenue, Suite 200
Englewood Cliffs, NJ 07632
Telephone: (862) 227-3106
dz@zemellawllc.com

*Counsel for Plaintiffs Jasmine Mhrez and Jacqueline Mhrez*


/s/ *Vicki Maniatis*
Vicki Maniatis, Esq.
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC** 100 Garden City Plaza, Suite 500
Garden City, NY 11530
Telephone: (212) 594-5300
vmaniatis@milberg.com

David K. Lietz, Esq. (*pro hac vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC** 5335 Wisconsin Avenue NW, Suite 440 Washington, D.C. 20015-2052
Telephone: (866) 252-0878
dlietz@milberg.com

A. Brooke Murphy, Esq. (*pro hac vice*)
**MURPHY LAW FIRM**
4116 Wills Rogers Pkwy, Suite 700

Oklahoma City, OK 73108
Telephone: (405) 389-4989
abm@murphylegalfirm.com

*Counsel for Plaintiff Jason Conner*


/s/ *Liberato P. Verderame*
Eric Lechtzin, Esq.
Liberato P. Verderame, Esq.
**EDELSON LECHTZIN LLP**
411 S. State Street, Suite N-300
Newton, PA 18940
Telephone: (215) 867-2399, ext. 3
elechtzin@edelson-law.com
lverderame@edelson-law.com

*Counsel for Plaintiff Michael Arons*


/s/ *Andrew W. Ferich*
Andrew W. Ferich, Esq.
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road,
Suite 650, Radnor, PA 19087
Telephone: (310) 474-9111
aferich@ahdootwolfson.com

Bradley K. King, Esq.
**AHDOOT & WOLFSON, PC**
521 Fifth Avenue, 17th Floor
New York, NY 10175
Telephone: (917) 336-0171
bking@ahdootwolfson.com

*Counsel for Plaintiff Loretta Williams*


/s/ *Tyler J. Bean*
David J. DiSabato, Esq.
Mason A. Barney, Esq. (*pro hac vice*)
Tyler J. Bean, Esq. (*pro hac vice*)
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Telephone: (212) 532-1091
ddisabato@sirillp.com
mbarney@sirillp.com

7

tbean@sirillp.com

*Counsel for Plaintiff Kim Diaz*


/s/ *Ronald Podolny*
John A. Yanchunis, Esq. (*pro hac vice*)
Ronald Podolny, Esq. (*pro hac vice*)
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 North Franklin Street 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402
ronald.podolny@forthepeople.com
JYanchunis@forthepeople.com

Johan Obregon, Esq.
**MORGAN & MORGAN P.A.**
30 Montgomery St, Suite 410
Jersey City, NJ 07302
Telephone: (201) 209-3431
jobregon@forthepeople.com

*Counsel for Plaintiff Patricia Bellino*


So Ordered.  The cases filed under Docket Nos. 24-cv-06861, 24-cv-06986, 24-cv-07013, 24-cv-07014, and 24-cv-07015 shall be remanded.  The cases filed under Docket Nos. 24-cv-05850, 24-cv-06176, 24-cv-06301, and 24-cv-07353 shall be dismissed.  Each of the above dockets shall be marked CLOSED.


_____ */s/ Edward S. Kiel* _____
Edward S. Kiel, U.S.D.J.
Date: October 28, 2024